# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV 08-2834-R**                                    **Date:** **JAN. 12, 2009**

**TITLE: MITSUI SUMIMOTO INSURANCE CO LTD -V- RAPID FREIGHTWAYS et al**
========================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

**William Horrell**                                             **Jennifer Medlock**
**Deputy Clerk**                                                **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANTS:**

        **Paul Arenas**                                     **David Porter**


**PROCEEDINGS:** ORDER TO SHOW CAUSE re dismissal for failure to file joint report of early meeting of counsel



          **The Court sets this matter for Final Pre-Trial Conference on**
          **FEBRUARY 9, 2009 at 11:00 a.m., and for Jury Trial on MARCH 3,**
          **2009 at 9:00 a.m.  Discovery Cut-Off is set as January 23, 2009.**


                                                              <u>1 min</u>


**MINUTES FORM 90**                          **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**