J56

1  GEORGE W. NOWELL (SBN: 83868)
   PAUL B. ARENAS (SBN: 167863)
2  JOHN H. CIGAVIC III (SBN: 231806)
   LAW OFFICES OF GEORGE W. NOWELL
3  120 Montgomery Street, Suite 1990
   San Francisco, CA 94104
4  Telephone: (415) 362-1333
   Facsimile: (415) 362-1344
5  Attorneys for Plaintiff:
   MITSUI SUMITOMO INSURANCE CO., LTD.
6

FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (WESTERN DIVISION)

| MITSUI SUMITOMO INSURANCE CO., LTD., | CASE NO.: CV-08-02834 R (AGRx) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| RAPID FREIGHTWAYS; VSR LOGISTICS; FSI TRANSPORTATION SPECIALISTS, INC. dba RAPID FREIGHTWAYS and VSR LOGISTICS, | |
| Defendants. | |

IT IS HEREBY ORDERED that judgment be entered in favor of Plaintiff MITSUI SUMITOMO INSURANCE CO., LTD. and against FSI TRANSPORTATION SPECIALISTS, INC. dba RAPID FREIGHTWAYS and VSR LOGISTICS in the sum of **$228,361.30** plus interest at 10% from February 1, 2009 and costs incurred, less the amount of any and all payments made by

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

1. defendants to plaintiff until the entire amount of the judgment is collected.
2. Plaintiff shall be entitled to reasonable attorneys to enforce and collect on this
3. judgment.
4. DATED: July 9, 2009

_____
Hon. Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

Dated: July 8, 2009

**LAW OFFICES OF GEORGE W. NOWELL**

By: /S/_____
PAUL B. ARENAS
Attorneys for Plaintiff
MITSUI SUMITOMO INSURANCE CO., LTD.

LAW OFFICES OF GEORGE W. NOWELL
120 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344